IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARVIN JONES**                                                                                                   **PLAINTIFF**

**VS.**                                                               **CIVIL ACTION NO. 4:10cv00011-WAP-DAS**

**TYSON FOODS, INC.; HALEY BARBOUR,**
In His Office Capacity of Governor of the
State of Mississippi; **CHRISTOPHER EPPS,**
In His Individual and Official Capacities As
Commission of the Mississippi Department of
Corrections; **LEE McTEER,** In His Official
Capacity as Community Correctional Director
For Region I and In His Individual Capacity; and
**JONATHAN BRADLEY,** In His Official Capacity
As Correctional Supervisor of Leflore County
Restitution Center and In His Individual Capacity            **DEFENDANTS**

**TYSON FOODS, INC.'S CORPORATE**
**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Tyson Foods, Inc. states:

1. There is no parent corporation for Tyson Foods. Inc.; and,

2. No publicly held corporation owns 10% or more of Tyson Foods, Inc.

Dated: March 9, 2010.

                                                     Respectfully submitted,

                                                     **TYSON FOODS, INC.**
                                                     */s/ R. David Kaufman*
                                                     R. David Kaufman, Esq. (MSB #3526)
                                                     One of Its Attorneys

R. David Kaufman, Esq. MSB #3526
William Trey Jones, III, Esq. MSB #99185
Christopher R. Fontan, Esq. MSB #102279
BRUNINI, GRANTHAM, GROWER & HEWES
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101

## **CERTIFICATE OF SERVICE**

      I, David Kaufman, do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Joseph R. Murray, II, Esq.
Melissa Harrison, Esq.
Harrison Law Office, PLLC
Post Office Box 468
114 East Jefferson Street
Ripley, Mississippi 38663

Dated: March 9, 2010.

                                            By: /s/ R. David Kaufman