IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MARVIN JONES     PLAINTIFFS

VS.     CIVIL ACTION NO. 4:10CV11-P-S

TYSON FOODS, INC., et al.     DEFENDANTS

## ORDER

This case comes before the court on defendants' motion to stay discovery (#21). Pursuant to Rule 16.1(b)(3)(B) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi. The rule provides that

> Filing an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal.

Defendants Lee McTeer and Jonathan Bradley, in their official capacity, filed a motion to dismiss on the grounds of Eleventh Amendment Immunity on March 25, 2010 (#18); therefore all proceedings unrelated to the issue of immunity shall be stayed pending the court's ruling on the motion.

SO ORDERED, this the 5th day of April 2010.

                                             /s/ David A. Sanders
                                             UNITED STATES MAGISTRATE JUDGE