**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MARVIN JONES**                                                                **PLAINTIFF**

**VS.**                                        **CAUSE NO.: 4:10-cv-11-GHD-JMV**

**TYSON FOODS, INC., et al.**                                     **DEFENDANTS**

## ORDER

This matter is before the court *sua sponte*, in response to Defendants' Motion for Summary Judgment Based on Qualified Immunity [48]. Pursuant to Rule 16(b)(3) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi:

> Filing an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion issue, including any appeal.

**IT IS ORDERED** that all proceedings unrelated to the issue of immunity shall be stayed pending the court's ruling on the Motion for Summary Judgment.

**SO ORDERED**, this, the 12th day of September 2013.

                                                                  /s/ Jane M. Virden
                                                                  **UNITED STATES MAGISTRATE JUDGE**