**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**CIVIL MINUTES**

**CASE NO.   4:10cv11-GHD-JMV**          **PLACE HELD -  GREENVILLE, MS**

**JONES v. TYSON FOODS, INC.,** *et al*

**DATE & TIME BEGUN/ENDED:  10/17/2014  @ 10:00 – 10:30 am   (Final Pretrial Conf.)**
                                                                        **10:30 – 11:10 am    (Settlement Conf.)**

**TOTAL TIME -  1 Hours   10   Minutes**

**PRESENT:**          Honorable Jane M. Virden, U.S. Magistrate Judge

**ATTORNEY(S) FOR PLAINTIFF(S)**          **ATTORNEY(S) FOR DEFENDANT(S)**
Joseph Murray                                                Tommy Goodwin
                                                                       Leonard Vincent

**PROCEEDINGS:  Final Pretrial - Settlement Conference**

**Docket Entry:**  Conferences held.  The case has been resolved as follows:  the plaintiff has agreed to dismiss this action with prejudice. No compensation is being paid; however, defendant has agreed to the dismissal and to forgo costs, if any. The appropriate stipulation is to be filed by the parties.

                                                                **DAVID CREWS, CLERK**

                                                    By:  ____/s/ Dean Dacus_____
                                                                Courtroom Deputy