IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MARVIN JONES                                                                PLAINTIFF

v.                                        CIVIL ACTION NO. 4:10-cv-00011-GHD-JMV

JONATHAN BRADLEY, in His Individual Capacity                    DEFENDANT


ORDER DISMISSING ACTION
BY REASON OF VOLUNTARY DISMISSAL

The Court has been advised by counsel that this action has been resolved in that Plaintiff has

agreed to voluntarily dismiss all claims.   Therefore, it is not necessary that the action remain upon

the calendar of the Court.

It is ORDERED that the action is DISMISSED without prejudice.   The Court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that further

litigation is necessary.

This, the 20 day of October, 2014.

_____
Senior Judge