# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **MARVIN JONES,** | ) |
| | ) Civil Action No. 4:10-CV-11-GHD-JMV |
| **Plaintiff** | ) |
| | ) |
| v. | ) |
| | ) |
| **JONATHAN BRADLEY, in his Individual Capacity only,** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties announce that they have reached a settlement in this matter. Plaintiff Marvin Jones agrees to dismiss with prejudice the above action and all claims against Defendant Jonathan Bradley with no compensation being paid. The parties further agree that each party will bear their own costs of litigation.

This, the 20th day of October, 2014.

/s/ Tommy D. Goodwin
Tommy D. Goodwin
Mississippi Attorney General
550 High Street, Suite 1100
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3523
Email: tgood@ago.state.ms.us

*ATTORNEYS FOR DEFENDANTS*

/s/ Joseph R. Murray, II
Joseph R. Murray, II
Murray Law Firm, PLLC
104 South Commerce Street
Ripley, Mississippi 38663
Telephone: (662) 993-8010
Email: jrm@joemurraylaw.com

*ATTORNEY FOR PLAINTIFF*